# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Bridget Y. Blackwell,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 13-1142-CV-W-JTM |
| | ) |
| **Carolyn Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER TO FILE BRIEF OR SHOW CAUSE

On April 15, 2014, defendant electronically filed the administrative record and answer in this matter. As of this date, Plaintiff Bridge Y. Blackwell, acting *pro se,* has failed to respond. Accordingly, it is

**ORDERED** that on or before November 21, 2014, plaintiff shall file her brief in support of her complaint, or show cause why this matter should not be dismissed for failure to prosecute. **Plaintiff is advised that failure to timely file her brief without good cause will result in summary dismissal of this matter**.

                                                      */s/ John T. Maughmer*
                                                         **John T. Maughmer**
                                             **United States Magistrate Judge**